# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BAYER CROPSCIENCE LP<br><br>*Defendant*. | Civ. No. 2:15-cv-13331 |

## NOTICE OF NON-MATERIAL MODIFICATION OF CONSENT DECREE

### (No Action Required)

Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency, and with the consent of Defendant Bayer CropScience LP, respectfully files with the Court an Agreed Non-Material Modification of the Consent Decree that the Court entered on August 9, 2016 (ECF No. 19). This modification, which was executed by the Parties in March 2017, was made pursuant to Paragraph 84 of the Consent Decree, which allows non-material modifications without Court approval.

This Agreement is filed for notice purposes only. No action is requested of the Court.

    Respectfully Submitted,

    JEFFERY H. WOOD
    Acting Assistant Attorney General
    Environment and Natural Resources Division
    U.S. Department of Justice

| | |
|---|---|
| March 20, 2017 | /s/ Daniel S. Smith |
| Dated | DANIEL S. SMITH |
| | Senior Counsel |
| | Environmental Enforcement Section |
| | Environment and Natural Resources Division |
| | U.S. Department of Justice |
| | P.O. Box 7611, Ben Franklin Station |
| | Washington, D.C. 20044 |
| | 601 D Street NW |
| | Washington, DC 20004 |
| | 202-305-0371 (voice) |
| | 202-514-0097 (fax) |
| | dan.smith2@usdoj.gov |

CAROL A. CASTO
U.S. Attorney
U.S. Attorney's Office, Southern District of West Virginia

/s/ Gary L. Call
GARY L. CALL
Assistant United States Attorney
WV State Bar No. 589
U.S. Attorney's Office,
 Southern District of West Virginia
P.O. Box 1713
Charleston, WV 25301
(304) 345-2200 (voice)
(304) 347-5440 (fax)
gary.call@usdoj.gov

## CERTIFICATE OF SERVICE

On March 20, 2017, I electronically submitted the foregoing notice and accompanying exhibit to the clerk of court for the U.S. District Court, Southern District of West Virginia, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

s/ Daniel S. Smith
Daniel S. Smith